UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


JAMES ALEXANDER LOGAN,

    Plaintiff,

v.                                                      Case No. 3:20cv6007-LC-HTC


CAPTAIN J SCHROCK, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 28, 2020 (ECF No. 5), recommending dismissal based on Plaintiff's status as a three-striker under 28 U.S.C. § 1915(g) and Plaintiff's failure to pay the filing fee at the time he initiated this action.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation, and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.


Case No. 3:20cv6007-LC-HTC

Accordingly, it is **ORDERED**:

1.      The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) and has failed to pay the filing fee.

3.      The clerk of court is directed to close this case.

**DONE AND ORDERED** this 11th day of January 2021.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv6007-LC-HTC